UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FLORIDA MARINE TRANSPORTERS, INC., PBC MANAGEMENT, INC., and J.A.R. ASSETS, INC.,

Plaintiffs, Counter Defendants,

-vs-

Case No: 04-1354
SECT. F MAG. 5

MICHAEL L. SANFORD,

Defendant, Counter Plaintiff.

---

# JUDGMENT

A trial on Plaintiff's negligence claim under the Jones Act and unseaworthiness under the general maritime law doctrine of unseaworthiness was held on June 12, 13, 14 and 15, 2006. In light of the jury verdict that there was no negligence, or unseaworthiness, IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in the following non-exclusive particulars:

(1) Judgment is entered in favor of Defendants, Florida Marine Transporters, Inc., PBC Management, Inc. and J.A. R. Assets, Inc., on Plaintiff's claims for negligence under the Jones Act, and unseaworthiness under the general maritime law;

Before me on this 20th day of July, 2006, at New Orleans, Louisiana.

Martin L. C. Feldman
U.S. DISTRICT COURT JUDGE