UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FLORIDA MARINE TRANSPORTERS, INC.
and PBC MANAGEMENT, INC.,

Plaintiffs, Counter Defendants,

Case No: 04-1354
SECT. F MAG. 5

-vs-

MICHAEL L. SANFORD,

Defendant, Counter Plaintiff.

---

## JUDGMENT

A trial on Plaintiff's entitlement to maintenance and cure was held on June 12, 13, 14 and 15, 2006. In light of the jury verdict that Plaintiff was entitled to maintenance in the amount of $21.00 per day, and 100% of surgery and related medical expenses (cure), IT IS ORDERED, ADJUDGED AND DECREED, that there be judgment in the following non-exclusive particulars:

(1) Defendants shall pay Plaintiff, Michael Sanford, maintenance at the rate of $21.00 per day from April 19, 2004 until December 31, 2006 in the amount of $20,727.00; and

(2) Defendant shall pay cure in the amount of $19,050.00, inclusive of past outstanding cure.

Martin L. C. Feldman
U.S. DISTRICT JUDGE